IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL MUNIZ,

    Petitioner,                    No. CIV S-07-1373 MCE DAD P

    vs.

R. SUBIA, Warden, et al.,

    Respondents.          ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2008, petitioner filed a request, asking the court about the status of his petition and what steps he should take next.

       Petitioner is advised that, on January 14, 2008, the undersigned filed findings and recommendations, recommending that petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to exhaust state judicial remedies. On February 11, 2008, the assigned district judge adopted the findings and recommendations in full and entered judgment in this case. The case is now closed.

       As the court previously advised petitioner, the exhaustion of available state remedies in state court is a prerequisite to a federal court's consideration of claims sought to be presented in habeas corpus proceedings. See Rose v. Lundy, 455 U.S. 509 (1982); 28 U.S.C.

1

§ 2254(b).  Petitioner can satisfy the exhaustion requirement by providing the California Supreme Court with a full and fair opportunity to consider all claims before presenting them to the federal court.  <u>Picard v. Connor</u>, 404 U.S. 270, 276 (1971), <u>Middleton v. Cupp</u>, 768 F.2d 1083, 1086 (9th Cir. 1986).

Again, petitioner is advised that this case is now closed.  Any future documents filed by petitioner will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

DATED: July 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
muni1373.58

2